# Exhibit A

ELECTRONICALLY FILED - 2021 Jan 04 3:07 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1000011

ELECTRONICALLY FILED - 2021 Jan 04 3:07 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1000011

# Diocesan Priests with a Credible Allegation[1] of Child Sexual Misconduct or Abuse[2] within the Diocese of Charleston

| Last Name | First Name | Ordination Date | Status |
|---|---|---|---|
| Aiken | Roy | 06/15/1946 | Deceased - 07/04/2006 |
| Bench, Jr. | John | 05/09/1964 | Deceased – 06/06/2009 |
| Berberich | Peter | 03/22/1947 | Deceased – 03/20/1997 |
| Burn | William | 05/25/1956 | Deceased – 05/29/2009 |
| Condon | Eugene | 05/26/1956 | Deceased – 05/24/2014 |
| Congro | Basil | 06/10/1978 | Placed on administrative leave 09/23/2002 and not allowed to function as a Catholic priest |
| DuMouchel | Raymond | 05/10/1956 | Deceased – 09/10/2006 |
| Evatt | Thomas | 12/18/1976 | Deceased – 07/18/2003 |
| Goodwin | Justin | 06/10/1940 | Deceased – 12/25/1995 |
| Hopwood | Frederick | 06/09/1951 | Deceased – 04/30/17 |
| Lee | Walter Pringle | 05/19/1962 | Deceased – April 1981 |
| McLean | Frederick | 05/18/1944 | Deceased – 08/26/2010 |
| Moynihan | George Frederick | 12/07/1974 | Deceased – 08/30/2004 |
| Murphy | Daniel Francis | 12/08/1945 | Deceased – 07/21/1980 |
| Murphy | Joseph | 04/24/1943 | Deceased – 08/24/1998 |
| Owens-Howard | James Robert | 06/12/1957 | Deceased – 12/01/2015 |
| Ryfinski[3] | Gerald | 04/7/1990 | Laicized – April 2007 |
| Seitz | Paul | 05/17/1958 | Retired 06/01/2002 – under restrictions |
| Sheedy | Charles | 05/16/1937 | Deceased – 07/06/1989 |
| Simonin | John | 05/25/1947 | Deceased – 07/15/2010 |
| Vaverek | Hayden | 07/02/1994 | Laicized – May 2016 |
| Williamson | Louis | 5/26/1938 | Deceased – 6/20/62 |

[1] According to the Diocese of Charleston's *Policy Concerning Allegations of Sexual Misconduct or Abuse of a Minor by Church Personnel (2012)*, a credible allegation is defined as "an accusation which at least seems to be true (Canon 1717, Section 1), and/or offers reasonable grounds for being believed. A credible allegation is not manifestly false."

[2] According to the Diocese of Charleston's *Policy Concerning Allegations of Sexual Misconduct or Abuse of a Minor by Church Personnel (2012)*, "Sexual misconduct or abuse of a minor includes sexual molestation or sexual exploitation of a minor and other behavior by which an adult uses a minor as an object of sexual gratification. Consequently, any act or attempt to commit any act of incest, rape, or a sexual offense in any degree, sodomy, or any unnatural or perverted sexual practice, lewd or indecent acts or proposals, including indecent touching or fondling, exploitation, or permitting, encouraging, assisting, or aiding a minor to participate in such acts, constitutes sexual misconduct or abuse of a minor. Sexual misconduct or abuse of a minor includes conduct or interaction with a minor that is external and an objectively grave violation of the Sixth Commandment. Such conduct does not need to be an act of intercourse involving force, physical contact or a discernable, harmful outcome."

[3] Unlike others on the list, this case involved possession of child pornography.

## Religious Order or Visiting Priests with a Credible Allegation of Child Sexual Misconduct or Abuse within the Diocese of Charleston

| Last Name | First Name | Ordination Date | Affiliation | Status |
|---|---|---|---|---|
| Castano - Mejia | Juan Carlos | 01/25/1991 | The Oratory of St. Philip Neri in Ipiales, Colombia, S.A. | Served prison sentence and was then deported |
| Collerett | Roger | 06/19/1943 | Missionaries of Africa (White Fathers) - Canada | Unknown - believed to have returned to Canada |
| Johnson | Anthony William | 1962 | Visiting priest from the Diocese of Camden (NJ) | Deceased – 03/01/2012 |
| Nyhan | James | 1973 | Visiting priest from the Archdiocese of Boston | Dismissed from ministry by the Archdiocese of Boston |
| Palatore Belfiore | Cesare | 12/03/1967 | Visiting priest from the Diocese of San José (Costa Rica) | Unknown – believed to have returned to Costa Rica |
| Sharples | James | 05/30/1946 | The Oratory of St. Philip Neri in Rock Hill, SC, USA | Deceased – 11/28/1974 |

ELECTRONICALLY FILED - 2021 Jan 04 3:07 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1000011

## Diocesan or Order Priests with a Credible Allegation of Child Sexual Misconduct or Abuse Outside the Diocese of Charleston[4]

| Last Name | First Name | Ordination Date | Affiliation | Status |
|---|---|---|---|---|
| Dux | John | 4/14/73 | Diocese of St. Augustine | Retired without faculties |
| Gallagher | John | 5/26/47 | The Oratory of St. Philip Neri in Rock Hill, SC, USA | Deceased – 11/14/76 |
| Kelly[5] | Robert Joseph | 07/13/1974 | Visiting priest from the Diocese of Altoona-Johnstown | Unknown |
| Landwermeyer | Francis | 1966 | Society of Jesus Order (Jesuit) | Deceased – 09/05/2018 |
| Mitchell | John | 05/24/1938 | Paulist Fathers Order | Deceased – 12/18/1996 |
| Park | Augustine "Austin" | 06/14/1955 | Society of Jesus Order (Jesuit) | Deceased - 2013 |
| Smith[6] | Gabriel "Gabe" | 12/12/1982 | Diocesan priest | Retired from active ministry – 12/31/2018 |
| Spangenberg | Robert | 06/15/1974 | Congregation of the Holy Spirit Order | Deceased – 12/23/2006 |
| Tierney | Thomas | 09/20/1924 | Paulist Fathers Order | Deceased – 12/24/1972 |

[4] Priests who served in the Diocese of Charleston, with no accusations within this Diocese, but who have credible allegations of sexual abuse of minors that occurred in another jurisdiction.

[5] Not Monsignor Robert Justin Kelly, who was a Diocesan priest

[6] The allegation against Father Smith occurred eight years prior to his ordination and did not involve touching the minor. Father Smith voluntarily accepted administrative leave and removal of his ability to act as a priest pending final resolution of the matter. A subsequent decision by the Holy See in March 2004 concluded that Father Smith was not a risk to minors and required that he be returned to ministry.

## Priests who are Listed by Virtue of a Class Action Settlement Payment as Determined by an Arbitrator

| Last Name | First Name | Ordination Date | Affiliation | Status |
|---|---|---|---|---|
| Eccleston | John | 06/04/1955 | Visiting priest from the Archdiocese of Washington, DC | Deceased – 02/09/2012 |
| Hubacz | Leon Joseph | 11/13/1943 | Diocesan priest | Deceased – 06/28/1999 |
| Kennedy | Ernest | 05/26/1956 | Diocesan priest | Deceased – 06/09/2017 |
| McElroy[7] | James | 06/06/1920 | Diocesan priest | Deceased – 07/05/1971 |
| Plikunas | Anthony | 06/10/1933 | Diocesan priest | Deceased – 11/28/1973 |
| Richardson | William "Bill" | 12/12/1982 | Diocesan priest | Left the Catholic priesthood in June 1983 |
| Suggs | Frederick | 06/09/1946 | Diocesan priest | Deceased – 08/26/1998 |
| Tawes | Creston J. | 05/16/1959 | Diocesan priest | Deceased – 08/04/1980 |

[7] The abuse asserted in this claim occurred in the 1940's.

Footnotes
The list of names is a result of allegations received by the Diocese and a review of priest personnel files, as well as relevant diocesan clergy or other files (including any files classified as confidential) to search for possible allegations of sexual misconduct or abuse of a minor. The period covered is 1950 to the present.

Priests who had credible claims against them in addition to class action claims are included on sections of the list other than the one entitled "Priests who are Listed by Virtue of a Class Action Settlement Payment as Determined by an Arbitrator."

There are two priests not included on the list although settlement payments were made to claimants:
(1) Two claims against a priest were made in connection with the 2007 class action settlement. The Diocese objected to the claims, but the arbitrator elected to award settlements over the Diocese's objections. The independent Sexual Abuse Advisory Board reviewed the details of the claims and determined them not credible.
(2) An allegation against another priest was received after the priest's death. Because the priest was deceased and not a threat to children, the allegation was not initially taken to the independent Sexual Abuse Advisory Board. The Board members reviewed the details of the claim and deemed it not credible.

Also omitted from the list are:
(1) Three priests who are the subject of litigation in currently pending civil lawsuits
(2) One priest who is the subject of an ongoing criminal investigation

Of the six omitted priests, all are deceased except for one who is on administrative leave pending resolution of criminal charges.

This list will be updated as additional investigation and a review and determination of credibility are completed.

ELECTRONICALLY FILED - 2021 Jan 04 3:07 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1000011